March 26, 1970.

M. P. No. 924. VINCENT R. BROWN v. JOHN F. SHARKEY. The matter being moot, petitioner's motion for a stay, reargument and for a writ of prohibition as prayed is denied. *Aram K. Berberian,* for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 990. KIP I. CHACE v. WILLIAM POHJOLA. Petition for a writ of certiorari denied. *Cameron P. Quinn, Matthew F. Callaghan, Jr.,* for plaintiff-appellee. *John G. Carroll,* for defendant-appellant.

M. P. No. 991. PETER G. WELLS, *Administrator v.* THE HANOVER INSURANCE COMPANY, *Successor.* Petition for writ of certiorari denied. *Louis Baruch Rubinstein,* for plaintiff-appellee. *John G. Carroll,* for defendant-appellant.

M. P. No. 1003. ANTHONY DIPIRO v. PAULA DIPIRO *et al.* Petitioner's motion for leave to file petition for certiorari is granted, and the writ may issue forthwith.

The Orders entered in this Court on March 13, 1970 granting petitioner's motion for a stay of body execution and for a stay of all proceedings in the Family Court shall continue in full force and effect until further order of this Court.

The entitlement of this matter is amended to read Anthony DiPiro v. Paula DiPiro. *Ralph J. Gonnella,* for petitioner. *John Tramonti, Jr.,* for respondents.